IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES H. JACKSON,** | : | |
|     **Plaintiff** | : | No. 1:11-cv-01527 |
| | : | |
|     v. | : | |
| | : | (Judge Kane) |
| **LOUISVILLE LADDER, INC.,** | : | |
| **and W.W. GRAINGER, INC.,** | : | |
|     **Defendants** | : | |

# ORDER

**ACCORDINGLY**, on this 5th day of February 2014, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for a new trial is **DENIED**.

                                                  S/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania